1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2    adam@gutridesafier.com
   SETH A. SAFIER (State Bar No. 197427)
3    seth@gutridesafier.com
   TODD KENNEDY (State Bar No. 250267)
4    todd@gutridesafier.com
   835 Douglass Street
5  San Francisco, California 94114
   Telephone: (415) 789-6390
6  Facsimile: (415) 449-6469

7  Attorneys for Innovative Automation
8

9  JEN-FENG LEE (State Bar No. 204328)
   KENNETH K. TANJI, JR. (State Bar No. 162273)
10 LT PACIFIC LAW GROUP LLP
   17800 Castleton Street, #383
11 Industry, California 91748
   T: 626-810-7200
12 F: 626-810-7300

13 Attorneys for Defendants Vinpower, Inc. and Vinpower Digital, Inc.

14
   Sterling A. Brennan (California State Bar No. 126019)
15      E-mail: sbrennan@wnlaw.com
   Tyson K. Hottinger (California State Bar No. 253221)
16      E-mail: thottinger@wnlaw.com
   WORKMAN | NYDEGGER A Professional Corporation
17 20 Pacifica, Suite 1130 & 60 E. South Temple, Suite 1000
   Irvine, California 92618
18 Salt Lake City, Utah 84111
   Telephone: (949) 242-1900
19 Telephone: (801) 533-9800
   Facsimile: (949) 453-1104
20 Facsimile: (801) 328-1707

21 Charles J. Veverka (*Admitted Pro Hac Vice,* Utah State Bar No. 07110)
       E-mail: cveverka@mgiip.com
22 Eric L. Maschoff (*Admitted Pro Hac Vice,* Utah State Bar No. 06608)
       E-mail: emaschoff@mgiip.com
23 Rachel Jacques (*Admitted Pro Hac Vice,* Utah State Bar No. 13250)
       E-mail: rjacques@mgiip.com
24 MASCHOFF GILMORE & ISRAELSEN
   1441 West Ute Boulevard, Suite 100
25 Park City, Utah 84098
   Telephone: (435) 252-1360
26 Facsimile: (435) 252-1361

27 Attorneys for Plaintiff and Counter-defendant RIMAGE CORPORATION

28

---

Stipulation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDIATECHNICS SYSTEMS, INC., et al.,<br><br>    Defendants. | Case No. 5:11-CV-03409-EMC   11-3410 EMC<br><br>**STIPULATION TO THE RELATION OF CASES AND REASSIGNMENT TO MAGISTRATE JUDGE LLOYD** |
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISCOPYLABS,<br><br>    Defendant. | Case No. 5:11-CV-03410-EMC   11-3411 EMC |
| INNOVATIVE AUTOMATION LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ACUTRACK, INC.,<br><br>    Defendant. | Case No. 5:11-CV-03411-EMC   11-3412 EMC |
| RIMAGE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>INNOVATIVE AUTOMATION LLC,<br><br>    Defendant. | Case No. 5:11-CV-03412-EMC   11-4224 EMC |

1  The parties hereby stipulate to the relation of the above-captioned cases, and to the reassignment of those cases to Magistrate Judge Lloyd.[1]

Respectfully submitted,

Dated: February 23, 2012　　GUTRIDE SAFIER LLP

　/s/Todd Kennedy
TODD KENNEDY
Attorneys for Innovative Automation LLC

Dated: February 23, 2012　　WORKMAN NYDEGGER

　/s/ Charles Veverka
CHARLES VERVERKA
Attorneys for Defendant and counterplaintiffs Acutrack Inc. and DisCopyLabs, and Plaintiff Rimage Corporation

Dated: February 23, 2012　　LT PACIFIC LAW GROUP LLP

　/s/Jen-Feng Lee
JEN-FENG LEE
Attorneys for Defendants Vinpower Inc. and Vinpower Digital Inc.

IT IS SO ORDERED that the above four cases are related and are reassigned to Magistrate Judge Howard Lloyd to conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. The 2/24/12 telephone CMC is hereby vacated.

_____
Edward M. Chen, U.S. District Judge

---

[1] Although all defendants in *Innovative Automation v. Mediatechnics Systems, Inc.* have been served with the First Amended Complaint, defendants Mediatechnics Systems, Inc.; Richard Duwayne Wilson; and Tibi Szligaya have not responded or entered an appearance. Accordingly, those parties have not participated in this stipulation.

- 4 -

| | |
|---|---|
| 1 | **CERTIFICATION PURSUANT TO GENERAL ORDER 45** |
| 2 | Pursuant to General Order 45X.B, I attest that the above signatories for Defendants have concurred and consented to the filing of this document. |
| 3 | |
| 4 | DATED: February 23, 2012 |

                                                    */s/ Todd Kennedy*
                                                    Todd Kennedy
                                                    Attorney for Plaintiff Innovative
                                                    Automation, LLC